No. 76–5640.  NASIM v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 76–5642.  BIBBS v. TWOMEY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 76–5643.  ST. JOHN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5646.  MINNS v. PAUL.  C. A. 4th Cir.  Certiorari denied.

No. 76–5648.  WILSON v. MARYLAND.  Ct. Sp. App. Md. Certiorari denied.

No. 76–5654.  SCHUER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–5656.  CAMPISE v. HAMILTON, SHERIFF, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 76–5657.  DOE v. AFL–CIO, DEPARTMENT OF ORGANIZATION, REGION 6, ATLANTA, GA.  C. A. 5th Cir.  Certiorari denied.

No. 76–5658.  TAYLOR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5659.  BOSCIA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5660.  HENKIN v. UNITED STATES; and
No. 76–5786.  ABRAHAM v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–5662.  COX v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.